# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:25–cv–00558–JRG

Netlist Inc v. Micron Technology, Inc. et al  
Assigned to: District Judge Rodney Gilstrap  
Cause: 35:271 Patent Infringement

Date Filed: 05/19/2025  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Netlist Inc**     represented by     **Jason G Sheasby**  
Irell & Manella LLP – Los Angeles  
1800 Avenue of the Stars  
Suite 900  
Los Angeles, CA 90067–4276  
310.203–7096  
Fax: 310–203–7199  
Email: jsheasby@irell.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Andrew Henderson**  
Irell & Manella LLP  
1800 Avenue of Stars  
Suite 900  
Los Angeles, CA 90067  
310–277–1010  
Email: dhenderson@irell.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Andrew J. Strabone**  
Irell & Manella LLP – Los Angeles  
1800 Avenue of the Stars  
Suite 900  
Los Angeles, CA 90067–4276  
310–277–1010  
Fax: 310–203–7199  
Email: astrabone@irell.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Blair A Silver**  
Irell & Manella LLP  
750 17th Street NW  
Suite 850  
Washington, DC 20006  
202–777–6500  
Email: bsilver@irell.com

*ATTORNEY TO BE NOTICED*

**Daniel E Yonan**
Sterne Kessler Goldstein & Fox
1101 K Street NW
Ste 10th Floor
Washington, DC 20005
202−772−8557
Email: dyonan@sternekessler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael William Tezyan**
Irell & Manella, LLP
California
1800 Avenue of the Stars
Ste 900
Los Angeles, CA 90067
310−203−7536
Email: mtezyan@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samuel Franklin Baxter**
McKool Smith, P.C. − Marshall
104 East Houston St
Suite 300
Marshall, TX 75670
903/923−9000
Fax: 903−923−9099
Email: sbaxter@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Micron Technology, Inc.   represented by   **Jared B Bobrow**
Orrick Herrington & Sutcliffe − Menlo Park
1000 Marsh Road
Menlo Park, CA 94025
650−614−7400
Fax: 650−614−7401
Email: jbobrow@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Blake Thompson**
Mann, Tindel, Thompson
112 E. Line Street
Suite 304
Tyler, TX 75702
903−657−8540
Fax: 903−657−6003

Email: Blake@TheMannFirm.com
*ATTORNEY TO BE NOTICED*

**Jeremy Jason Lang**
Orrick Herrington & Sutcliffe – Menlo Park
1000 Marsh Road
Menlo Park, CA 94025
650−614−7400
Fax: 650−614−7401
Email: jlang@orrick.com
*ATTORNEY TO BE NOTICED*

**Sarah Kate Mullins**
Orrick Herrington & Sutcliffe LLP – San Francisco
405 Howard Street
San Francisco, CA 94105−2669
415−773−4572
Email: sarahmullins@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micron Semiconductor Products Inc**     represented by     **Jared B Bobrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Blake Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Jason Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate Mullins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Micron Technology Texas LLC**     represented by     **Jared B Bobrow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Blake Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeremy Jason Lang**
(See above for address)
*ATTORNEY TO BE NOTICED*

|   |   | **Sarah Kate Mullins**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Avnet, Inc.** | represented by | **Gregory Blake Thompson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2025 | 1 | COMPLAINT against Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc. ( Filing fee $ 405 receipt number ATXEDC−10848567.), filed by Netlist Inc. (Attachments: # 1 Civil Cover Sheet)(Baxter, Samuel) (Entered: 05/19/2025) |
| 05/20/2025 |  | Case assigned to District Judge Rodney Gilstrap. (NKL) (Entered: 05/20/2025) |
| 05/20/2025 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (NKL) (Entered: 05/20/2025) |
| 05/23/2025 | 2 | SUMMONS Issued as to Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Additional Attachment(s), # 2 Additional Attachment(s))(NKL) (Entered: 05/23/2025) |
| 05/28/2025 | 3 | SUMMONS Returned Executed by Netlist Inc. Micron Semiconductor Products Inc served on 5/27/2025. (Baxter, Samuel) (Entered: 05/28/2025) |
| 05/28/2025 | 4 | SUMMONS Returned Executed by Netlist Inc. Micron Technology Texas LLC served on 5/27/2025. (Baxter, Samuel) (Entered: 05/28/2025) |
| 05/28/2025 | 5 | SUMMONS Returned Executed by Netlist Inc. Micron Technology, Inc. served on 5/27/2025. (Baxter, Samuel) (Entered: 05/28/2025) |
| 06/11/2025 | 6 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Truelove, Jennifer) (Entered: 06/11/2025) |
| 06/11/2025 | 7 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Netlist Inc (Baxter, Samuel) (Entered: 06/11/2025) |
| 06/17/2025 | 8 | NOTICE of Attorney Appearance by Sarah Kate Mullins on behalf of All Defendants (Mullins, Sarah) (Entered: 06/17/2025) |
| 06/17/2025 | 9 | NOTICE of Attorney Appearance by Jared B Bobrow on behalf of Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc. (Bobrow, Jared) (Entered: 06/17/2025) |
| 06/17/2025 | 10 | NOTICE of Attorney Appearance by Jeremy Jason Lang on behalf of Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc. (Lang, Jeremy) (Entered: 06/17/2025) |
| 06/17/2025 | 11 | MOTION to Dismiss *Complaint* by Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc.. (Attachments: # 1 Declaration of John Becker, # 2 Exhibit 1, # 3 |

| | | |
|---|---|---|
| | | Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Proposed Order)(Thompson, Gregory) (Entered: 06/17/2025) |
| 06/17/2025 | 12 | NOTICE *of Defendants' Request for Judicial Notice* by Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc. re 11 MOTION to Dismiss *Complaint* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Thompson, Gregory) (Entered: 06/17/2025) |
| 06/17/2025 | 13 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Micron Semiconductor Products Inc, Micron Technology Texas LLC, Micron Technology, Inc. identifying Corporate Parent Micron Technology, Inc. for Micron Semiconductor Products Inc. (Thompson, Gregory) (Entered: 06/17/2025) |
| 06/20/2025 | 14 | NOTICE of Readiness for Scheduling Conference by Netlist Inc (Baxter, Samuel) (Entered: 06/20/2025) |
| 06/23/2025 | 15 | **FILED IN ERROR. PRO HAC APPLICATION HAS NOT BEEN APPROVED BY THE COURT** NOTICE of Attorney Appearance – Pro Hac Vice by Jason G Sheasby on behalf of Netlist Inc. Filing fee $ 100, receipt number ATXEDC–10915471. (Sheasby, Jason) Modified on 6/23/2025 (KLC). (Entered: 06/23/2025) |
| 06/23/2025 | 16 | **FILED IN ERROR. Document #16 has been not approved by the court. All pro hac applications must be approved prior to being filed on the docket** NOTICE of Attorney Appearance – Pro Hac Vice by Jennifer Leigh Truelove on behalf of Netlist Inc. Filing fee $ 100, receipt number ATXEDC–10915508. (Truelove, Jennifer) Modified on 6/23/2025 (KLC). (Entered: 06/23/2025) |
| 06/23/2025 | | ***FILED IN ERROR. Document #15 has been not approved by the court. All pro hac applications must be approved prior to being filed on the docket.. PLEASE IGNORE.*** (KLC) (Entered: 06/23/2025) |
| 06/23/2025 | | ***FILED IN ERROR. Document # 16 has been not approved by the court. All pro hac applications must be approved prior to being filed on the docket.. PLEASE IGNORE.*** (KLC) (Entered: 06/23/2025) |
| 06/23/2025 | 17 | NOTICE of Attorney Appearance – Pro Hac Vice by Jason G Sheasby on behalf of Netlist Inc. Filing fee $ 100, receipt number ATXEDC–10916928. (Sheasby, Jason) (Entered: 06/23/2025) |
| 06/23/2025 | 18 | NOTICE of Attorney Appearance – Pro Hac Vice by Andrew J. Strabone on behalf of Netlist Inc. Filing fee $ 100, receipt number ATXEDC–10916942. (Strabone, Andrew) (Entered: 06/23/2025) |
| 06/23/2025 | 19 | NOTICE of Attorney Appearance – Pro Hac Vice by Michael William Tezyan on behalf of Netlist Inc. Filing fee $ 100, receipt number ATXEDC–10916940. (Tezyan, Michael) (Entered: 06/23/2025) |
| 06/23/2025 | 20 | NOTICE of Attorney Appearance – Pro Hac Vice by Andrew Henderson on behalf of Netlist Inc. Filing fee $ 100, receipt number ATXEDC–10916954. (Henderson, Andrew) (Entered: 06/23/2025) |
| 06/24/2025 | 21 | NOTICE of Attorney Appearance by Blair A Silver on behalf of Netlist Inc (Silver, Blair) (Entered: 06/24/2025) |
| 06/27/2025 | 22 | ORDER– The above–captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues with the LEAD CASE, Case No. 2:25–cv–00557. All parties are instructed to file any future filings in the LEAD CASE. Signed by District Judge Rodney Gilstrap on 06/26/2025. (mdj) (Entered: 06/27/2025) |
| 09/15/2025 | 23 | **FILED IN ERROR** |

| | | |
|---|---|---|
| | | MOTION to Dismiss *First Amended Complaint* by Avnet, Inc.. (Attachments: # 1 Declaration of Steve Foley, # 2 Exhibit A–G, # 3 Declaration of Sarah K. Mullins, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Declaration of Mark Wysolmierski, # 7 Proposed Order)(Thompson, Gregory) Modified on 9/16/2025 (NKL). (Entered: 09/15/2025) |
| 09/15/2025 | ï 24 | **FILED IN ERROR** <br><br> SEALED ADDITIONAL ATTACHMENTS to Declaration of Steve Foley in Support of Avnet's Partial Motion to Dismiss Netlist's Complaint: 23 MOTION to Dismiss First Amended Complaint. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Thompson, Gregory) Modified on 9/16/2025 (NKL). (Entered: 09/15/2025) |
| 09/15/2025 | ï 25 | **FILED IN ERROR** <br><br> Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Avnet, Inc. (Thompson, Gregory) Modified on 9/16/2025 (NKL). (Entered: 09/15/2025) |
| 09/16/2025 | ï | ***FILED IN ERROR – This case is consolidated, please file in the lead case. Document # 23, 24, 25,. PLEASE IGNORE.*** (NKL) (Entered: 09/16/2025) |
| 03/06/2026 | ï 26 | ORDER Granting 28 Motion in Lead Case 2:25cv557 to Dismiss.. Signed by District Judge Rodney Gilstrap on 03/06/2026. (mdj) (Entered: 03/06/2026) |