IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NETLIST, INC.,                                    )
                                                 )
                    Plaintiff,                    )
                                                 )
        v.                                       )    C.A. No. 26-246-JLH
                                                 )
MICRON TECHNOLOGY INC., MICRON                   )
SEMICONDUCTOR PRODUCTS INC.,                     )
MICRON TECHNOLOGY TEXAS LLC                      )
and AVNET, INC.,                                 )
                                                 )
                    Defendants.                  )

## NETLIST'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, to simplify issues before the Court, Plaintiff Netlist, Inc. hereby voluntarily

dismisses, without prejudice, all of Netlist, Inc.'s claims in this action against Defendants Micron

Technology Texas LLC and Avnet, Inc.

|  |  |
|---|---|
|  | /s/ Virginia K. Lynch |
|  | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Emily S. DiBenedetto (No. 6779) |
| Michael Harbour | Virginia K. Lynch (No. 7423) |
| Andrew J. Strabone | SHAW KELLER LLP |
| Andrew Henderson | I.M. Pei Building |
| IRELL & MANELLA LLP | 1105 North Market Street, 12th Floor |
| 1800 Avenue of the Stars, Suite 900 | Wilmington, DE 19801 |
| Los Angeles, CA 90067 | (302) 298-0700 |
| (310) 277-1010 | kkeller@shawkeller.com |
|  | edibenedetto@shawkeller.com |
| Blair A. Silver | glynch@shawkeller.com |
| IRELL & MANELLA LLP | *Attorneys for Netlist, Inc.* |
| 750 17th Street NW, Suite 850 |  |
| Washington, DC 20006 |  |
| (202) 777-6500 |  |

Dated: March 26, 2026