**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NETLIST, INC.,<br><br>  *Plaintiff*,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>  *Defendants*. | C.A. No. 26-246-JLH<br>(CONSOLIDATED)<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL R. RUECKHEIM IN SUPPORT OF DEFENDANTS'
RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS ON NETLIST'S
<u>FIRST, SECOND, AND THIRD CLAIMS FOR RELIEF</u>**

I, Michael R. Rueckheim, declare and state as follows:

1.     I am an attorney with King & Spalding LLP, counsel of record for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively, "Defendants" or "Micron") in the above-captioned action. I submit this declaration in support of Defendants' Rule 12(c) Motion for Judgment on the Pleadings on Netlist's First, Second, and Third Claims for Relief (the "Motion"). I have personal knowledge of the matters set forth herein, and, if called upon to do so, I could and would testify competently thereto. The purpose of this declaration is to authenticate the exhibits attached to the Motion that are not already part of the Court's docket in this action.

3.     Hereto attached as Exhibit 1 is a true and correct copy of the statutory disclaimer filed by Netlist, Inc. with the United States Patent and Trademark Office disclaiming claims 24–28 of U.S. Patent No. 12,308,087 ("the '087 Patent"), which claims Netlist had originally asserted against Defendants in this action along with claims 1–23 of the '087 Patent.

4.     Hereto attached as Exhibit 2 is a true and correct copy of the Complaint filed by Micron Technology, Inc. in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, asserting claims for bad faith assertion of patent infringement under Idaho Code § 48-1703 in connection with U.S. Patent No. 8,301,833 ("the '833 Patent").

5.     Hereto attached as Exhibit 3 is a true and correct copy of the Complaint filed by Micron Technology, Inc. in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, asserting claims for bad faith assertion of patent infringement under

Idaho Code § 48-1703 in connection with U.S. Patent Nos. 11,232,054 ("the '054 Patent") and 11,016,918 ("the '918 Patent").

6.    Hereto attached as Exhibit 4 is a true and correct copy of the Complaint filed by Micron Technology, Inc. in the District Court of the Fourth Judicial District of the State of Idaho, in and for Ada County, asserting claims for bad faith assertion of patent infringement under Idaho Code § 48-1703 in connection with U.S. Patent Nos. 10,860,506 ("the '506 Patent"), 10,949,339 ("the '339 Patent"), 8,787,060 ("the '060 Patent"), 9,318,160 ("the '160 Patent"), 7,619,912 ("the '912 Patent"), and 11,093,417 ("the '417 Patent").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of July 2026.

/s/ Michael R. Rueckheim
Michael R. Rueckheim
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
(415) 318-1200
MRueckheim@kslaw.com

*Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Karen E. Keller
Emily DiBenedetto
Virginia K. Lynch
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
edibenedetto@shawkeller.com
glynch@shawkeller.com

Michael Harbour
Andrew J. Strabone
Andrew Henderson
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
mharbour@irell.com
astrabone@irell.com
dhenderson@irell.com

Blair A. Silver
Irell & Manella LLP
750 17th Street NW, Suite 850
Washington, DC 20006
bsilver@irell.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Micron Technology,
Inc. and Micron Semiconductor Products, Inc.*