IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETLIST, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br><br>*Defendants.* | C.A. No. 26-246-JLH<br>(CONSOLIDATED) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendants to produce core technical documents and sales figures pursuant to paragraph 7(b) of the Scheduling Order (D.I. 52) is extended to and including September 30, 2026.

SHAW KELLER LLP

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiff Netlist, Inc.*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Anne Shea Gaza (No. 4093)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Micron Technology, Inc. and*
*Micron Semiconductor Products, Inc.*

Dated: August 31, 2026

**SO ORDERED this ___________ day of _____________ 2026.**

________________________________
The Honorable Jennifer L. Hall
United States District Court Judge